Mark K. Kitabayashi, SBN 125822
mkitabayashi@lozanosmith.com
Jenell A. Van Bindsbergen, SBN 188540
jvanbindsbergen@lozanosmith.com
Roy C. Santos, SBN 259718
rsantos@lozanosmith.com
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Tel: 559-431-5600
Fax: 559-261-9366

Attorneys for City of Sanger, Mayor Joshua Mitchell and City Manager Brian Haddix

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN PALOMO,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SANGER, a municipal corporation; CITY OF SANGER MAYOR JOSHUA MITCHELL, in his official capacity and as an individual; CITY OF SANGER CITY MANAGER BRIAN HADDIX, in his official capacity and as an individual, et al.,<br><br>        Defendants. | Case No. 1:14-CV-01769-SAB<br><br>**[Amended] STIPULATION TO EXTEND TIME TO FILE JOINT SCHEDULING CONFERENCE REPORT AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, through their respective attorneys, that the time for filing the Joint Scheduling Conference Report be continued until thirty (30) days after the Court issues an order on Defendants' currently pending Motion to Dismiss (*Doc. Nos. 14 & 15*).

IT IS FURTHER STIPULATED and agreed by and between the parties, through their respective attorneys, that good cause exists to continue the time for filing the Joint Scheduling Conference Report since Defendants' motion to dismiss is still pending and the Court's order on said motion may significantly alter the claims asserted by Plaintiff or may result in the dismissal of Plaintiff's action in its

entirety. The continuance will prevent the parties from needlessly expending monetary and non-monetary resources addressing claims or issues that may no longer be at issue. In addition, good cause exists to grant the continuance since the parties have not previously requested a continuance for the filing of the Joint Scheduling Conference Report.

DATED: February 18, 2015         **LOZANO SMITH**

/s/  Mark Kitabayashi
Mark Kitabayashi
Jenell Van Bindsbergen
Roy C. Santos
ATTORNEYS FOR DEFENDANTS
City of Sanger, Joshua Mitchell and Brian Haddix

DATED: February 12, 2015         **WALKER TRIAL LAWYERS, LLP**

/s/   Barry M. Walker
Barry M. Walker
ATTORNEY FOR PLAINTIFF
Ellen Palomo

### ORDER

**IT IS HEREBY ORDERED**, that good cause exists for the continuing of the filing of the parties' Joint Scheduling Conference Report until thirty (30) days after the Court issues an order on Defendants' currently pending Motion to Dismiss (*Doc. Nos. 14 & 15*).

Dated: February 18, 2015

Troy L. Nunley
United States District Judge

STIP. TO EXTEND TIME TO FILE                    - 2 -                    PALOMO V. CITY OF SANGER, et al.
JOINT SCHEDULING CONFERENCE REPORT                                        Case No.: 1:14-CV-01769-SAB