Barry M. Walker (SBN 195947)
WALKER TRIAL LAWYERS, LLP
admin@walkertriallawyers.com
31504 Railroad Canyon Road, Ste. 2
Canyon Lake, CA  92587
951.667.5792
951.821.7150 fax

Attorneys for Plaintiff,
ELLEN PALOMO

Mark K. Kitabayashi (SBN 125822)
Paul Z. McGlocklin (SBN 265326)
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA  93720-3370
559.431.5600
558.261.9366 fax

Attorneys for Defendant,
CITY OF SANGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN PALOMO, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SANGER, a municipal corporation; CITY OF SANGER MAYOR JOSHUA MITCHELL, in his official capacity and as an individual; CITY OF SANGER CITY MANAGER BRIAN HADDIX, in his official capacity and as an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | 1:14-CV-01769 TLN-SAB <br><br> **STIPULATION TO EXTEND DISCOVERY CUTOFF** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties and through their respective counsel as follows:

/ / /

1

1.  1. WHEREAS, discovery cutoff for this matter is currently calendared November 7, 2016; and

2.  2. WHEREAS, discovery is ongoing with additional depositions currently on calendar after the current cutoff date; and

3.  3. WHEREAS, additional time is required to conclude non-expert deposition discovery;

IT IS HEREBY STIPULATED by and between the Parties herein, through their respective attorneys of record, that the discovery period for this matter is hereby extended from November 7, 2016 to December 16, 2016 for the sole purpose of completing the depositions of only the following individuals: Deborah Sultan, Brian Haddix, Joshua Mitchell, Dan Spears, Adrian Neri, Rolinda Hernandez, Silver Rodriguez, Alma Colado, Rebecca Hernandez and Yolanda Arce.

**SO STIPULATED:**                      WALKER TRIAL LAWYERS, LLP

DATED:  November 7, 2016

                                        By:____/s/ Amy M. Oakden_____
                                            Barry M. Walker
                                            Amy M. Oakden
                                            Attorney for Plaintiff,
                                            ELLEN PALOMO

**SO STIPULATED:**                      LOZANO SMITH

DATED:  November 7, 2016

                                        By:____/s/ Paul Z. McGlocklin_____
                                            Mark K. Kitabayashi
                                            Paul Z. McGlocklin
                                            Attorney for Defendant,
                                            CITY OF SANGER

IT IS SO ORDERED.

Dated:  **November 8, 2016**            _____
                                        UNITED STATES MAGISTRATE JUDGE