Barry M. Walker (SBN 195947)
Amy M. Oakden (SBN 148408)
WALKER TRIAL LAWYERS, LLP
admin@walkertriallawyers.com
31504 Railroad Canyon Road, Ste. 2
Canyon Lake, CA 92587
951.667.5792
951.821.7150 fax

Attorneys for Plaintiff,
ELLEN PALOMO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN PALOMO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANGER, a municipal corporation; CITY OF SANGER MAYOR JOSHUA MITCHELL, in his official capacity and as an individual; CITY OF SANGER CITY MANAGER BRIAN HADDIX, in his official capacity and as an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 1:14-CV-01769-TLN-SAB<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |

/ / /

/ / /

/ / /

Pursuant to the previously-filed Notice of Settlement (Docket No. 52), comes now Plaintiff Ellen Palomo, by and through her attorney of record, Barry M. Walker and, respectfully requests the Court to dismiss the above-referenced case with prejudice as to all parties and all causes of action.

Respectfully submitted,

DATED: April 19, 2017  **WALKER TRIAL LAWYERS, LLP**

By: /s/ Barry M. Walker

Barry M. Walker
Amy M. Oakden
Attorneys for Plaintiff,
ELLEN PALOMO

**IT IS SO ORDERED.**

DATED: April 21, 2017

_____
Troy L. Nunley
United States District Judge